

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00146-CV

| | | |
|---|---|---|
| ECO GENERAL CONTRACTORS LLC DBA ECO ROOFING, AND RICHARD LACK, Appellants | § § | On Appeal from the 393rd District Court |
| | | of Denton County (17-5664-393) |
| V. | § | |
| | | March 14, 2019 |
| LISA GOODALE, Appellee | § | |
| | | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Lisa Goodale shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Dabney Bassel_____
Justice Dabney Bassel